**Order entered August 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00850-CV

## IN THE INTEREST OF P.S., ET AL., CHILDREN

### On Appeal from the 305th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 14-00081-X

## ORDER

In an order dated July 14, 2014, we ordered Pamela Sumler, Official Court Reporter for the 305th Judicial District Court of Dallas County, Texas, to file, by July 24, 2014, either the reporter's record or written verification that appellant has not requested the record. On July 21, 2014, the Court received written verification from Pamela Sumler that appellant has not requested the reporter's record.

In a letter dated July 21, 2014, the Court instructed appellant to provide documentation, by July 31, 2014, showing that she has requested preparation of the reporter's record. The Court cautioned appellant that if she failed to provide the required documentation within the time specified, it may order the appeal submitted without a reporter's record. As of today's date, the Court has not received a response from appellant. Accordingly, we **ORDER** that the appeal be submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief is due **AUGUST 25, 2014**.

/s/     ELIZABETH LANG-MIERS
JUSTICE